IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RE: <br><br> RAFAEL ANTONIO RIVERA TOLEDO <br><br> Debtor | CASE NO. 16-07825-BKT <br><br> CHAPTER 13 |
| RE: <br><br> ELDALIZ RAMOS SANTIAGO <br> Debtor | CASE NO. 16-07828-MCF <br><br> CHAPTER 13 |

**JOINT MOTION FOR ORDER OF SUBSTANTIVE CONSOLIDATION**

THE HONORABLE COURT:

**COMES NOW**, ROBERTO A. FIGUEROA COLON, attorney for the debtors named above, who represents and prays as follows:

1. The bankruptcy petition in number 16-07825-BKT was filed on September 30, 2016 and in case 16-07825- MCF the petition was filed also on September 30, 2016.

2. These two cases are related in the debtors RAFAEL ANTONIO RIVERA TOLEDO and ELDALIZ RAMOS SANTIAGO are currently living together as common-law spouses.

3. There is real and personal properties which are held in common ownership and which is scheduled in both cases. In addition, there are creditors who are parties in interest in both cases.

4. It is the best interest of the debtors' creditors and other parties in interest that the case be substantively consolidated so that they may be jointly administered in order to permit meetings, hearings and other events to be scheduled at the same time, in order to file a consolidated plan, and to reduce administrative costs to all parties in interest, as well as to this Honorable Court.

Page -2-
*JOINT MOTION FOR ORDER OF SUBSTANTIVE CONSOLIDATION*
Rafael Antonio Rivera Toledo/16-07825-BKT
Eldaliz Ramos Santiago/16-07828-MCF

**WHEREFORE**, movant pays for an order of substantive consolidation of these two cases encompassing such terms as the Court may deem proper.

## NOTICE

**Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtors in the above captioned cases, Rafael Antonio Rivera Toledo and Eldaliz Ramos Santiago; and to all creditors and parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 4th day of October, 2016.

*/s/ Roberto A. Figueroa Colón*
ROBERTO A. FIGUEROA COLON
USDC #300105
FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO PR 00970-1635
TEL NO. (787) 744-7699
EMAIL: rfigueroa@fslawpr.com

```
Label Matrix for local noticing      US Bankruptcy Court District of P.R.    Citi
0104-3                                Jose V Toledo Fed Bldg & US Courthouse PO Box 6241
Case 16-07825-BKT13                   300 Recinto Sur Street, Room 109       Sioux Falls, SD  57117-6241
District of Puerto Rico               San Juan, PR 00901-1964
Old San Juan
Tue Oct  4 13:48:07 AST 2016

Coop A/C Del Valenciano               Coop A/C Jesus Obrero                  Coop De A/C Las Piedras
PO Box 1510                           HC 1 Box 29030 PMB 159                 PO Box 252
Juncos, PR  00777-1510                Caguas, PR  00725-8900                 Las Piedras, PR  00771-0252


First Bank Puerto Rico                Oriental Bank                          Rshk/cbna
PO Box 9146                           PO Box 195115                          PO Box 6497
San Juan, PR  00908-0146              San Juan, PR  00919-5115               Sioux Falls, SD  57117-6497


Syncb/Pep Boys                        Syncb/Sams Club                        Syncb/Walmart
C/o                                   PO Box 965005                          PO Box 965024
PO Box 965036                         Orlando, FL  32896-5005                Orlando, FL  32896-5024
Orlando, FL  32896-5036


ALEJANDRO OLIVERAS RIVERA             MONSITA LECAROZ ARRIBAS                RAFAEL ANTONIO RIVERA TOLEDO
ALEJANDRO OLIVERAS CHAPTER 13 TRUS    OFFICE OF THE US TRUSTEE (UST)         HC 04 BOX 6852
PO BOX 9024062                        OCHOA BUILDING                         YABUCOA, PR 00767-9509
SAN JUAN, PR 00902-4062               500 TANCA STREET  SUITE 301
                                      SAN JUAN, PR 00901


ROBERTO ARISTIDES FIGUEROA-COLON      End of Label Matrix
FIGUEROA & SERRANO, PSC               Mailable recipients    15
PO BOX 1635                           Bypassed recipients     0
GUAYNABO, PR 00970-1635               Total                  15
```

```
Label Matrix for local noticing        US Bankruptcy Court District of P.R.      Banco Santander Puerto
0104-3                                  Jose V Toledo Fed Bldg & US Courthouse   PO Box 362589
Case 16-07828-MCF13                     300 Recinto Sur Street, Room 109         San Juan, PR  00936-2589
District of Puerto Rico                 San Juan, PR 00901-1964
Old San Juan
Tue Oct  4 13:48:48 AST 2016
Collection                              Cooperativa A/C Vega Alta                First Bank Puerto Rico
287 Independence Blvd                   PO Box 1078                              PO Box 9146
Virginia Beach, VA  23462-2962          Vega Alta, PR 00692-1078                 San Juan, PR  00908-0146


Firstbank Puerto Rico                   Midland Funding                          ELDALIZ RAMOS SANTIAGO
PO Box 9146                             2365 Northside Dr Ste 30                 HC 04 BOX 6852
San Juan, PR  00908-0146                San Diego, CA  92108-2709                YABUCOA, PR 00767-9509


JOSE RAMON CARRION MORALES              MONSITA LECAROZ ARRIBAS                  ROBERTO ARISTIDES FIGUEROA-COLON
PO BOX 9023884                          OFFICE OF THE US TRUSTEE (UST)           FIGUEROA & SERRANO, PSC
SAN JUAN, PR 00902-3884                 OCHOA BUILDING                           PO BOX 1635
                                        500 TANCA STREET   SUITE 301             GUAYNABO, PR 00970-1635
                                        SAN JUAN, PR 00901


End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11
```